### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 13-cv-02745-CMA-MJW

STEVEN SIZEMORE,

    Plaintiff,

v.

TRANS UNION LLC,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with the Stipulation of Dismissal With Prejudice (Doc. # 13), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own costs.

DATED:  November  25, 2013

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge